DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MITCHELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2282

[February 17, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit; Caroline C. Shepherd, Judge; L.T. Case No. 501996CF009161B.

Michael Mitchell, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***